969 A.2d 1182

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Rahiem MURPHY, Respondent.**

Supreme Court of Pennsylvania.

April 23, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of April 2009, the Petition for Allowance of Appeal is **GRANTED** and the Superior Court's decision, addressing an issue neither raised nor briefed by the parties, is **VACATED.** Further, the matter is **REMANDED** to the Superior Court to consider only those issues raised by Respondent and properly preserved for appeal. *See Wiegand v. Wiegand,* 461 Pa. 482, 337 A.2d 256, 258 (1975)(holding that

the Superior Court cannot consider, *sua sponte,* issues not raised and litigated in the court below).

Justice GREENSPAN did not participate in the consideration or decision of this matter.